UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NEIL GOMEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>DOUGLAS HEDGER,<br><br>    Defendant. | Case No. 2:18-cv-00176-RFB-GWF<br><br>**ORDER** |

    Before the Court for consideration is the Report and Recommendation (ECF No. 3) of the Honorable George Foley, Jr., United States Magistrate Judge, entered November 9, 2018.

    A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); see also Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," de novo or otherwise, of the report and recommendations of a magistrate judge. Thomas v. Arn, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by November 23, 2018. No objections have been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendations.

/ / /

1       **IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 3) is
ACCEPTED and ADOPTED in full.

      **IT IS FURTHER ORDERED** that Plaintiff's Complaint is **DISMISSED** without prejudice for failure to state a claim upon which relief may be granted.

     The Clerk of Court is directed to serve a copy of this Order upon Plaintiff and dismiss and close this case accordingly.

DATED: February 12, 2019.

                                     **RICHARD F. BOULWARE, II**
                                     **United States District Judge**